ALBANY,
Dec. 1834.

Baldwin
v.
Wheaton.

Had the plaintiff demanded the money of the sheriff, he surely might have received it without subjecting the sheriff to liability.   There can be no lien upon what belongs to another, without possession.  " Lien is a right *by the possessor* of property to hold it for the satisfaction of some demand." Law of Lien, p. 1.   In *Mitchel* v. *Oldfield,* 4 T. R. 124, *Buller,* justice, says that the court had said that they would not interfere on behalf of the attorney, and prevent the plaintiff setting his own cause, without first paying the attorney's bill: yet they will take care that his bill is satisfied when the *adverse party* seeks to get rid of the judgment.   Here, even as to the attorney's costs, this court has adopted the practice of the common pleas, and not of the king's bench, and allow them to be set off; but I cannot find that any court has ever gone the length we are asked to go in favor of the plaintiff's attorneys.   Dougl. 104, 238.

Motion granted, without costs.

---

### BALDWIN *vs.* WHEATON.

On a common law *certiorari,* neither party recovers *costs* against the other.

December 18.

On a motion in this cause relative to costs, the CHIEF JUSTICE ruled, that in the prosecution and defence of a common law *certiorari,* neither party is entitled to recover costs against the other.